Order issued September /4 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00078-CV

**KENNETH HENNING, Appellant**

**V.**

**ONEWEST BANK, FSB, Appellee**

## ORDER

We **GRANT** appellant's September 11, 2012 motion for an extension of time to file a reply brief. Appellant shall file his reply brief on or before September 21, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE